**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                            SAN FRANCISCO DIVISION

10 | Olympus Strategic Inv. Fund, LLC, et al.,    NO. C 04-04399 JW
11 |         Petitioners,
   |    v.
12 |
   | United States of America,
13 |
   |         Respondent.
14 | _____/
15 | Sixty-Three Strategic Inv. Funds, et al.,    NO. C 05-01123 JW
16 |         Petitioners,
   |    v.
17 |
   | United States of America,
18 |
   |         Respondent.
19 | _____/
20
21 | Sixty-Three Strategic Inv. Funds, et al.,    NO. C 05-01996 JW
   |         Petitioners,
22 |    v.
23 | United States of America,
24 |         Respondent.
25 | _____/
26
27
28

| | |
|---|---|
| Twenty-Two Strategic Inv. Funds, et al.,<br><br>          Petitioners,<br>   v.<br>United States of America,<br><br>          Respondent.<br>_____/ | NO. C 05-02835 JW |
| Twenty-Two Strategic Inv. Funds, et al.,<br><br>          Petitioners,<br>   v.<br>United States of America,<br><br>          Respondent.<br>_____/ | NO. C 05-03887 JW<br><br>**ORDER VACATING HEARING ON MOTIONS AND PRETRIAL CONFERENCE** |

These related cases are scheduled for a hearing on Respondent's Motions for Summary Judgment on June 25, 2012. Upon review, the Court finds it appropriate to take Respondent's Motions under submission without oral argument. <u>See</u> Civ. L.R. 7-1(b). Accordingly, the Court VACATES the June 25 hearing.

In addition, these cases are scheduled for a Preliminary Pretrial Conference on July 9, 2012. In light of the pending dispositive Motions, the Court finds that a Pretrial Conference would be premature at this time. Accordingly, the Court VACATES the Pretrial Conference. The Court will set a new date for the Pretrial Conference in its Order addressing the Respondent's Motions.

Dated: June 21, 2012

                                                                     JAMES WARE<br>                                                                     United States District Chief Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adair Ford Boroughs adair.f.boroughs@usdoj.gov
David A. York david.york@lw.com
Margaret Tough margaret.tough@lw.com
Steven Mark Bauer steve.bauer@lw.com
Stuart David Gibson Stuart.D.Gibson@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

**Dated:  June 21, 2012**                                    **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
         **William Noble**
         **Courtroom Deputy**