**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4    Shasta Strategic Inv. Fund, et al.,                NO. C 04-04264 JW
                                                        NO. C 05-01123 JW
5              Petitioners,                             NO. C 05-01996 JW
         v.                                             NO. C 05-02835 JW
6                                                       NO. C 05-03887 JW
     United States of America,                          NO. C 04-04398 JW
7                                                       NO. C 04-04309 JW
               Respondent.                              NO. C 04-04964 JW
8    _____/

9    Sixty-Three Strategic Inv. Funds, et al.,          **ORDER DENYING AS PREMATURE
                                                        RESPONDENT'S MOTION TO EXCLUDE
10             Petitioners,                             TESTIMONY OF STUART A. SMITH**
         v.

11
     United States of America,

12
               Respondent.

13   _____/

14   Sixty-Three Strategic Inv. Funds, et al.,

15             Petitioners,
         v.

16
     United States of America,

17
               Respondent.

18   _____/

19   Twenty-Two Strategic Inv. Funds, et al.,

20             Petitioners,
         v.

21
     United States of America,

22
               Respondent.

23   _____/

24   Twenty-Two Strategic Inv. Funds, et al.,

25             Petitioners,
         v.

26
     United States of America,

27
               Respondent.

28   _____/

**United States District Court**
For the Northern District of California

1

2     Sanford Strategic Inv. Fund, et al.,

3                    Petitioners,
             v.

4     United States of America,

5                    Respondent.
      _____/

6
      Belford Strategic Inv. Fund, et al.,
7
                     Petitioners,
8            v.

9     United States of America,

10                   Respondent.
      _____/

11
      Sill Strategic Inv. Fund, et al.,
12
                     Petitioners,
13           v.

14    United States of America,

15                   Respondent.
      _____/

16

17        Presently before the Court is Respondent's Motion to Exclude the Testimony of Stuart

18   Smith.[1]  The government moves to exclude Mr. Smith's testimony on the grounds that (1) his

19   opinions relate only to partner level defenses, which are outside of the Court's jurisdiction; and (2)

20   his testimony consists of legal analysis and legal conclusions regarding the reasonableness of

21   Petitioners' actions, and thus impermissibly invade the province of the Court.  (Motion at 2.)

22   Petitioner responds that Mr. Smith's opinions regarding the quality of the tax-opinion letters

23

24

25   _____

26        [1]  (United States' Motion Under Federal Rules of Evidence 401 and 702 to Exclude the
     Expert Report and Testimony of Stuart Smith, hereafter, "Motion," Docket Item No. 136 in C 04-
27   4264; Docket Item No. 37 in C 05-2835; Docket Item No. 80 in C 05-1123; Docket Item No. 23 in C
     05-3877; Docket Item No. 14 in C 05-1996; Docket Item No. 36 in C 04-4398; Docket Item No. 46
28   in C 04-04309; Docket Item No. 37 in C 04-4964.)

1  received by Petitioners will assist the jury in determining whether Petitioners acted reasonably in

2  entering the tax transactions at issue.[2]

3        Upon review, because Respondent's Motion is directed to the relevance, and not the

4  reliability of Mr. Smith's testimony under Daubert, the Court finds that Respondent's Motion would

5  be more properly heard as a motion *in limine* by the trial judge.  Accordingly, in light of the Court's

6  pending retirement,[3] the Court DENIES as premature Respondent's Motion to Exclude.  Respondent

7  may re-notice its Motion upon reassignment to a new judge at the appropriate time.

8

9

10  Dated:  August 7, 2012

    JAMES WARE
11  United States District Chief Judge

United States District Court
For the Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25        [2]  (Petitioners' Opposition to Respondent's Motion to Exclude the Expert Report and
    Testimony of Stuart A. Smith, Docket Item No. 41.)
26

27        [3]  On April 28, 2012, Chief Judge Ware announced that he plans to "retire in August 2012 as
    the terms of his current law clerks come to an end."  See Chief Judge Ware Announces Transition,
    *available at* http://www.cand.uscourts.gov/news/82.
28

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adair Ford Boroughs adair.f.boroughs@usdoj.gov
David A. York david.york@lw.com
Margaret Tough margaret.tough@lw.com
Steven Mark Bauer steve.bauer@lw.com
Stuart David Gibson Stuart.D.Gibson@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

**Dated:  August 7, 2012**                          **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**

**William Noble**

**Courtroom Deputy**

**United States District Court**
For the Northern District of California